CARTERET BANK AND TRUST CO. v. DONALD DUGAN.

October 31, 1972.  Petition for certification denied.

IN THE MATTER OF THE PROBATE OF THE ALLEGED
WILL OF AGNES E. CROWLEY, DECEASED.

October 31, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CONNOLLY.

October 31, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. EDDIE NATE PROVIT.

October 31, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE DUNCAN.

October 31, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. PAUL REBOZO.

November 9, 1972.  Petition for certification denied.